## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| MULTIMEDIA TECHNOLOGIES PTE. LTD., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00124-JRG-RSP |
| VIZIO, INC., | § § | |
| *Defendant.* | § § | |

## <u>ORDER</u>

VIZIO, Inc. previously filed a Motion to Dismiss for Improper Venue Under Rule 12(b)(3). Dkt. No. 16. Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 113), recommending **DENIAL** of the motion and that, in the interests of justice, the case instead be **TRANSFERRED** to the Central District of California. Since no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the above-captioned case be **TRANSFERRED** to the Central District of California **WITHOUT DELAY**.

**So ORDERED and SIGNED this 22nd day of January, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE